JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR M. SANCHEZ, III**, | **Case No.:** SACV18-503 JLS (KSx) |
| Plaintiff, | |
| v. | **ORDER** |
| **TRANS UNION LLC** | **HON. JOSEPHINE L. STATON** |
| Defendant. | |

Based upon the Parties' Joint Stipulation, and good cause, this Court hereby orders the Action to be, and is, dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**


Dated: August 22, 2018

JOSEPHINE L. STATON
_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE